# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

VS.

KATRINA MCCREE,

        Defendant,
_____/
PAMELA S. RITTER (P47886)
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
_____/

Case Number: 04-70400

Honorable: Paul D. Borman

Claim Number: 1999A17183

## ORDER FOR WAGE ASSIGNMENT

At a session of said Court, held in the City of Detroit,
Wayne County Michigan on __11/4/08_____
Present: HONORABLE PAUL D. BORMAN_____
        U.S. District Court Judge

    In accordance with the Stipulation of the parties: It is hereby ordered that SYNC TECHNOLOGIES deduct the sum of $500.00 per pay from the wages of said defendant, KATRINA MCCREE social security number: XXX-XX-5433 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 70932**
        **Charlotte, NC 28272-0932**

    **Please include account number 1999A17183**

This wage assignment is to remain in effect until the balance of **$20,219.29 plus accruing interest** is satisfied. The office of HOLZMAN RITTER & LEDUC PLLC., Attorney for UNITED STATES OF AMERICA will notify SYNC TECHNOLOGIES when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon SYNC TECHNOLOGIES Payroll Department.

s/Paul D. Borman

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 4, 2008.

s/Denise Goodine

Case Manager